IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDUARDO PALACIOS, <br><br>    Petitioner, <br><br>    vs. <br><br> JEFF WRIGLEY, et al, <br><br>    Respondents. <br> _____/ | CASE NO. CV-F-06-1519 LJO-SMS (HC) <br><br> **ORDER REQUIRING VERIFICATION OF ACTION PURSUANT TO 1/22/07 ORDER** |

On January 22, 2007, this Court issued an order granting Eduardo Palacios' ("Petitioner") petition for habeas corpus and ordering Respondent to consider the appropriateness of transferring Petitioner to an RRC, in light of the factors described in the Court's order. Respondent was ordered to make this determination promptly, not to exceed 14 days from the date of the January 22, 2007 order.

This Court orders Respondent to verify what action has been taken pursuant to the January 22, 2007 order. This verification is required to be submitted to the Court within ten (10) calendar days from the date of this order..

IT IS SO ORDERED.

**Dated:    February 27, 2007**           /s/ Lawrence J. O'Neill
b9ed48                                    UNITED STATES DISTRICT JUDGE

1