UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| EDUARDO PALACIOS, | ) | 1:06-CV-01519 LJO SMS HC |
| Petitioner, | ) | |
| | ) | ORDER DIRECTING CLERK OF COURT |
| v. | ) | TO ENTER JUDGMENT |
| | ) | |
| JEFF WRIGLEY, et al., | ) | |
| Respondents. | ) | |

Petitioner is a federal prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

On January 22, 2007, District Judge Oliver W. Wanger issued an order granting the petition and ordering Respondent to consider the appropriateness of transferring Petitioner to an RRC in light of the factors set forth in § 3621(b), not excluding any other factors deemed appropriate by the BOP, without reference to the BOP policy promulgated in December 2002 and without reference to the BOP's February 14, 2005, amendment to 28 C.F.R. § 570.21.

On February 27, 2007, the undersigned issued an order directing Respondent to file a verification of compliance. Respondent did so on February 28, 2007. Respondent has provided a copy of the completed form entitled, "Institutional Referral for CCC Placement." According to the form, Petitioner was evaluated on December 20, 2006, in line with the Court's directive. As a result

of this evaluation, the BOP has determined Petitioner is to spend "15-30 days" in a Residential Re-entry Center before his release.

Accordingly, IT IS HEREBY ORDERED that the Clerk of Court enter judgment in this matter and close the case.

IT IS SO ORDERED.

Dated:    August 18, 2007                    /s/ Lawrence J. O'Neill
                                            UNITED STATES DISTRICT JUDGE